**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                              CRIMINAL NO. 2:21-cr-00249

**JOSEPH DAVID BAILEY**

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    \_\_\_\_ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    \_\_\_\_ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    \_\_\_\_ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    \_\_\_\_ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    _X_ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    \_\_\_\_ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

        \_\_\_\_ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    \_\_\_\_ Defendant's appearance as required

    _X_  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes) The presumption applies because:

    \_\_\_\_ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    \_\_\_\_ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    _X_  After continuance of _3_ days (not more than 3).

5. <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: December 7, 2021

                        Respectfully submitted,

                        WILLIAM S. THOMPSON
                        United States Attorney

By:
                        <u>/s/Ryan A. Keefe</u>
                        RYAN A. KEEFE
                        Assistant United States Attorney
                        WV State Bar No. 13820
                        300 Virginia Street, East
                        Suite 4000
                        Charleston, West Virginia 25301
                        Telephone: 304-345-2200
                        Fax: 304-347-5104
                        Email: ryan.keefe@usdoj.gov